# First District Court of Appeal
## State of Florida

_____

No. 1D2021-2249
_____

TYRONE LENARD JONES,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

March 8, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant; Tyrone Lenard Jones, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.